AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

SERVED

| | |
|---|---|
| SHAWN D. SHARP, | )<br>)<br>)<br>)<br>)<br>) |
| *Plaintiff(s)* | ) |
| v. | )  Civil Action No.  4:18-cv-07645 |
| MONEYKEY – CA, INC., | )<br>)<br>)<br>)<br>) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  MoneyKey- CA, Inc.
c/o Registered Agent
818 West Seventh Street, Suite 930
Los Angeles, CA 90071


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Nicholas M. Wajda
Wajda Law Group, APC
11400 West Olympic Boulevard, Suite 200M
Los Angeles, CA 90064


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


*CLERK OF COURT*

*Susan Y. Soong*

Date:  01/29/2019

*Alfred Amistoso*  Alfred Amistoso
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   4:18-cv-07645

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   MONEYKEY-CA, INC.

was received by me on *(date)*   01/29/2019   .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*   Gabriela Sanchez, CT Corporation, registered agent
_____ who is,
designated by law to accept service of process on behalf of *(name of organization)* MoneyKey-CA, Inc.
at 818 West 7th Street #930 Los Angeles, CA 90017   on *(date)*  01/29/2019 at 1:15 pm or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:  2/5/2019   _____

_____
*Server's signature*

JUDITH SMITH - LA COUNTY REG# 2013100780

*Printed name and title*

1439 N. HIGHLAND AVENUE, #274
LOS ANGELES, CA 90028
323-508-1711

_____
*Server's address*

Additional information regarding attempted service, etc:

LIST OF DOCUMENTS SERVED;

SUMMONS; COMPLAINT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND
ADR DEADLINES.