UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

SHAWN D. SHARP,
Plaintiff,

v.

MONEYKEY -CA, INC.,
Defendant.

Case No. 18-cv-07645-SBA

**CASE MANAGEMENT SCHEDULING ORDER FOR REASSIGNED CIVIL CASE**

This action having been reassigned to the Honorable Saundra Brown Armstrong,

IT IS ORDERED that this action is assigned to the Case Management Program and shall be governed by Civil L.R. 16-2. The dates listed in the Order Setting Initial Case Management Conference remain in effect except that the initial Case Management Conference is rescheduled for March 20, 2019 at 2:30 P.M., **via telephone**. A joint case management conference statement is due 7 days prior.

Plaintiff's counsel is to set up the conference call with all the parties on the line and call chambers at (510) 879-3550. (No party shall contact chambers directly without prior authorization of the court.)

Plaintiff(s) is directed to serve a copy of this Order at once on all parties to this action not enrolled in the e-filing program in accordance with the provisions of Rule 5 of the Federal Rules of Civil Procedure. Following service, the party causing the service shall file a certificate of service with the Clerk of Court.

Dated: February 20, 2019

SAUNDRA BROWN ARMSTRONG
United States District Judge

United States District Court
Northern District of California

United States District Court
Northern District of California

# STANDING ORDER - CIVIL

SENIOR U.S. DISTRICT JUDGE SAUNDRA BROWN ARMSTRONG
EFFECTIVE OCTOBER 1, 2018

1. **Conformity to Rules.** Parties shall follow the Federal Rules of Civil Procedure, the Civil Local Rules, and the General Orders of the Northern District of California, except as superseded by these Standing Orders. Any failure to comply with any of the rules and orders may be deemed sufficient grounds for monetary sanctions, dismissal, entry of default judgment, or other appropriate sanctions.

2. **Schedule.**

   **a.** Civil law and motion calendar is held on the second Wednesday of each month, beginning at 2:00 p.m. Hearings in civil matters will take place at the U.S. District Court located at 1301 Clay St., Oakland, California. Please consult the calendar for the assigned courtroom.

   **b.** Civil case management conferences are conducted telephonically, and held on Thursdays and the 1st, 3rd and 5th Wednesdays, beginning at 2:30 p.m.

   **c.** Trial days are Monday through Friday, from 10 a.m. to 3:30 p.m.

3. **Civil Motion Hearing Dates.** The Court does not reserve hearing dates. Parties are directed to review the Court's calendar at https://cand.uscourts.gov/sba to determine the next available hearing date. Motions may be reset as the Court's calendar requires, or may be taken under submission without a hearing. Parties are advised to check the Court's website to confirm whether their matter is on calendar.

4. **Meet and Confer Requirement.** All parties *shall* meet and confer before filing any motion or other non-stipulated request. Any motion or request shall include a certification, which may be submitted separately or included in the body of the document, that the parties have complied with this meet and confer requirement. The Court may disregard and/or strike any papers submitted that do not comply with this rule.

5. **Page Limits.** All noticed civil motions (other than motions for summary judgment) and any opposition thereto, shall not exceed *fifteen (15) pages* in length, exclusive of the table of contents, table of authorities, exhibits and declarations, if required. Reply briefs may not exceed *ten (10) pages* in length. Motions for summary judgment are subject to the page limits set forth in Civil Local Rule 7.

6. **Summary Judgment Motions.** Parties are limited to filing one motion for summary judgment. Any party wishing to exceed this limit must request leave of Court. Separate statements of undisputed facts will not be considered. Joint statements of undisputed facts are not required, but are strongly encouraged.

7. **Failure to File Opposition.** The failure of the opposing party to file a timely response to any motion or request may be construed as consent to the granting of the relief sought in the motion or request.

8. **Non-Compliant Papers.** Any pleading or brief sought to be filed with the Court after the required time, in an improper manner or form, and/or which is not authorized by the Federal Rules of Civil Procedure, Local Rules or order of this Court, shall not be received or considered and may be stricken. Any attorney in violation of such requirements may be subject to other sanctions. Civil L.R. 1-4.

9. **Proposed Orders.** Each party filing or opposing a motion shall also serve and file a proposed order which sets forth the relief requested and a short statement of the rationale of decision, including citation to authority. A soft copy (i.e., Word document) of the proposed order shall also be emailed to SBApo@cand.uscourts.gov.

10. **Case Management Conference Statement.** A joint case management statement must be filed no later than seven days before the case management conference date. The statement *must* include all elements required in the "Standing Order for All Judges of the Northern District of California – Contents of Joint Case Management Statement." See Civ. L.R. 16-9. In cases involving pro se litigants, parties shall make reasonable efforts to file a joint statement; if, after due diligence, agreement cannot be reached, the parties may file separate statements not to exceed seven (7) pages each. Unless proceeding pro se, each party shall be represented at the conference by counsel with full and complete authority to address all of the matters referred to in: (a) Federal Rules of Civil Procedure 16(c) and 26(f); and (b) the "Standing Order for All Judges of the Northern District of California – Contents of Joint Case Management Statement." Counsel also must have full and complete authority to enter stipulations and make admissions.

11. **Chambers Copies.** A courtesy copy of all documents filed, whether electronically or manually, shall be submitted to the Clerk's Office in an envelope marked with the case number and "SBA Chambers Copy" no later than the time prescribed by Civil Local Rule 5-1(e)(7). Exhibits to declarations must be tabbed. Voluminous filings shall be submitted in tabbed and indexed binders, and may be accompanied by a CD-ROM or USB drive, where appropriate.

12. **Discovery Motions**. All discovery disputes will be referred to a Magistrate Judge of this Court. If your case has not yet been referred to a Magistrate Judge for discovery matters, file your motion leaving the date and time of the hearing blank. Once a referral has been made, the assigned Magistrate Judge will set the date and time of any hearing.

**IT IS SO ORDERED.**

Saundra B. Armstrong
SAUNDRA BROWN ARMSTRONG
Senior United States District Judge

United States District Court
Northern District of California