NATHAN C. VOLHEIM
nvolheim@sulaimanlaw.com
SULAIMAN LAW GROUP, LTD.
2500 South Highland Avenue, Suite 200
Lombard, IL 60148
Telephone: (630) 575-8181
Facsimile: (630) 575-8188
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

SHAWN D. SHARP,

  Plaintiff,

v.

MONEYKEY – CA, INC.,

  Defendant.

Case No. 4:18-cv-07645

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT**

NOW COMES Shawn D. Sharp ("Plaintiff"), by and through his counsel, Sulaiman Law Group, Ltd., and pursuant to Fed. R. Civ. P. 15(a)(2), respectfully brings this Motion for Leave to File Plaintiff's First Amended Complaint, and in support thereof, states as follows:

1. On December 19, 2018, Plaintiff filed his Complaint seeking redress for alleged violations of the Telephone Consumer Protection Act ("TCPA") and the Rosenthal Fair Debt Collection Practices Act ("RFDCPA"). [Dkt #1].

2. On March 11, 2019, Defendant filed its Answer to Plaintiff's Complaint [Dkt #23].

3. Upon further review of the pleadings in this matter Plaintiff wishes to amend his complaint so as to correct certain factual allegations made in the Complaint.

4. Pursuant to Fed. R. Civ. Pro. 15(a)(2), a court should freely give a party leave to amend its pleading when justice requires. *See* Fed. R. Civ. P. 15(a)(2).

5. "Rule 15(a) declares that leave to amend 'shall be freely given when justice so requires'; this mandate is to be heeded. If the underlying facts or circumstances relied upon by a plaintiff may be a proper subject of relief, he ought to be afforded an opportunity to test his claim on the merits.'" *Foman v. Davis*, 371 U.S. 178, 182 (1962).

6. A district court may deny a motion to amend where there is "undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment, futility of amended, etc." *Id.*

7. Justice would be served if Plaintiff is granted leave to amend his Complaint, as it would allow Plaintiff the opportunity to correct the factual allegations for his causes of action against Defendant.

8. Plaintiff's Motion for Leave to Amend is not brought for purposes of causing undue delay, nor is it the result of bad faith or other dilatory motive. Plaintiff's Motion for Leave to Amend is designed to address certain factual issues in his original Complaint. This is Plaintiff's first request to amend his complaint, and Defendant will not suffer any prejudice as a result of the amendment.

9. On April 2, 2019, Plaintiff's counsel conferred with Defendant's counsel regarding Plaintiff's First Amended Complaint. Defendant's counsel had no objections to Plaintiff filing his First Amended Complaint.

WHEREFORE, Plaintiff respectfully requests this Honorable Court to enter an order granting Plaintiff leave to file his First Amended Complaint.

Dated: April 2, 2019                              Respectfully submitted,

s/ *Nathan C. Volheim*
Nathan C. Volheim, Esq. #6302103
*Counsel for Plaintiff*
Admitted Pro Hac Vice in the Northern District of California
Sulaiman Law Group, Ltd.
2500 South Highland Ave., Suite 200
Lombard, Illinois 60148
(630) 568-3056 (phone)
(630) 575-8188 (fax)
nvolheim@sulaimanlaw.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that on April 2, 2019, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system.  I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

    */s/ Nathan C. Volheim*
Counsel for Plaintiff