UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SHAWN D. SHARP, | Case No: C 18-07645 SBA |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT** |
| vs. | |
| MONEYKEY – CA, INC., | Dkt. 31 |
| Defendant. | |

Having read and considered Plaintiff's Unopposed Motion for Leave to File a First Amended Complaint, Dkt. 31, and good cause appearing therefore, IT IS HEREBY ORDERED that the motion is GRANTED. Plaintiff shall file the proposed First Amended Complaint for Damages, attached to the motion at Dkt. 31-1, forthwith.

IT IS SO ORDERED.

Dated: 4/3/19

SAUNDRA BROWN ARMSTRONG
Senior United States District Judge